LINDA WENDELL HSU (SBN 162971)
P. BETTY SU       (SBN 229103)
SELMAN BREITMAN LLP
33 New Montgomery, Sixth Floor
San Francisco, CA  94105
Telephone: (415) 979-0400
Facsimile: (415) 979-2099
Email    : lhsu@selmanbreitman.com
         : psu@selmanbreitman.com

Attorneys for Defendant
SENTRY SELECT INSURANCE COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEXINGTON INSURANCE COMPANY, a Delaware Corporation,<br><br>              Plaintiffs,<br><br>     v.<br><br>SENTRY SELECT INSURANCE COMPANY, an Illinois Corporation,<br><br>              Defendant. | CASE NO. 1:08-CV-1539-LJO-GSA<br><br>**STIPULATION AND ORDER RE: PARTIES' INITIAL DISCLOSURES**<br><br>**JUDGE: Hon. Gary S. Austin** |

PURSUANT TO LOCAL RULES 6-144(a) and 83-143 OF THE UNITED STATES DISTRICT COURT EASTERN DISTRICT OF CALIFORNIA and Fed.R.Civ.P. 26(a)(1)(C), and for good cause showing that the parties require additional time to provide initial disclosures in this complex matter, **IT IS HEREBY STIPULATED** by and between Defendant SENTRY SELECT INSURANCE COMPANY ("SENTRY") and PLAINTIFF LEXINGTON INSURANCE COMPANY in this action, through their respective attorneys, that the last day for the parties to

1

**STIPULATION AND ORDER RE: PARTIES' INITIAL DISCLOSURES – 1:08-CV-1539-LJO-GSA**

provide initial disclosures in accordance with Fed.R.Civ.P. 26(a)(1)(A) is continued from January 27, 2009 to **February 3, 2009.**

DATED: January 27, 2009

>By: /s/ Summer A. Johnson
>SUMMER A. JOHNSON (SBN 244475)
>
>Attorney for Plaintiff
>LEXINGTON INSURANCE COMPANY

DATED: January 27, 2009

>By: /s/ Linda Wendell Hsu
>LINDA WENDELL HSU (SBN 162971)
>P. BETTY SU (SBN 229103)
>
>Attorneys for Defendant
>SENTRY SELECT INSURANCE COMPANY

### ORDER

Based upon said stipulation between the parties who have appeared in this matter and good cause appearing, **IT IS SO ORDERED,**

DATED: January 28, 2009

>By: **Gary S. Austin**
>Honorable Gary S. Austin
>United States Magistrate Judge

**STIPULATION AND ORDER RE: PARTIES' INITIAL DISCLOSURES – 1:08-CV-1539-LJO-GSA**