# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEXINGTON INSURANCE COMPANY, | CASE NO. CV F 08-1539 LJO GSA |
| Plaintiff, | **ORDER TO SUBMIT PROPOSED DATES FOR RESET TRIAL** |
| vs. | |
| SENTRY SELECT INSURANCE COMPANY, | |
| Defendant. | |

Trial was set for May 17, 2010, a date on which this Court is unavailable. As such, this Court ORDERS the parties' counsel, no later than June 17, 2009, to confer and to file a joint statement of available dates to reset trial during June or July 2010. This Court starts trial on Mondays.

IT IS SO ORDERED.

Dated:  June 5, 2009                              /s/ Lawrence J. O'Neill
                                                              UNITED STATES DISTRICT JUDGE

1