LINDA WENDELL HSU (SBN 162971)
P. BETTY SU       (SBN 229103)
SELMAN BREITMAN LLP
33 New Montgomery, Sixth Floor
San Francisco, CA  94105
Telephone: (415) 979-0400
Facsimile: (415) 979-2099
Email    : lhsu@selmanbreitman.com
         : psu@selmanbreitman.com

Attorneys for Defendant
SENTRY SELECT INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEXINGTON INSURANCE COMPANY, a Delaware Corporation,<br><br>    Plaintiff,<br><br>  v.<br><br>SENTRY SELECT INSURANCE COMPANY, an Illinois Corporation,<br><br>    Defendant. | CASE NO. 1:08-CV-1539-LJO-GSA<br><br>**STIPULATION AND ORDER RE: PRE-TRIAL SCHEDULING CHANGES**<br><br>**JUDGE: Hon. Gary S. Austin** |

PURSUANT TO LOCAL RULES 6-144(a) and 83-143 OF THE UNITED STATES DISTRICT COURT EASTERN DISTRICT OF CALIFORNIA, and good cause showing due to the parties' desire to avoid unnecessary expert expenses pending further non-expert discovery, **IT IS HEREBY STIPULATED** by and between Defendant SENTRY SELECT INSURANCE COMPANY and PLAINTIFF LEXINGTON INSURANCE COMPANY in

///
///
///

1

**STIPULATION AND ORDER RE: PRE-TRIAL SCHEDULING CHANGES – 1:08-CV-1539-LJO-GSA**

177060.1 138.24037

1   this action, through their respective attorneys, as follows:

2       WHEREAS on June 17, 2009, this Court issued a Renewed
3   Scheduling Order, extending the expert initial disclosure date to
4   November 11, 2009, but retaining the original nonexpert discovery
5   cutoff of December 7, 2009.

6       WHEREAS the parties have been diligently working on written
7   discovery, and in addition have taken the following depositions:
8   Jim Greaney (6/2/09), John Woodall (6/2/09), and two of Sentry's
9   Persons Most Knowledgeable in Stevens Point, Wisconsin:  Jon
10  Gause (6/18/09), and Gary Hoffman (6/19/09).

11      WHEREAS the following depositions are presently scheduled:
12  Lexington's Persons Most Knowledgeable, consisting of two
13  individuals:  Donna Doyle (10/7/09), Andrea Palmstrom (10/8/09);
14  Continuation of Sentry's Persons Most Knowledgeable:  Jon Gause
15  (8/26/09), Dan Jurgella (8/26/09), Bruce Salley (9/18/09); other
16  individual depositions consisting of Larry Harlow (8/27/09),
17  Althea Garvey (9/24/09), Sarah Preston (10/7/09), Tim Kelley
18  (10/21/09), Marcia Tepp (10/21/09), Sherry Anderson (10/22/09),
19  Pat Walsh (10/22/09), Gene Dropp (10/22/09), Catherine Moran
20  (10/23/09), Robert Young (10/23/09)[1];

21      WHEREAS the parties have agreed that, subject to the Court's
22  entry of the instant proposed Order, the continued Deposition of
23  Sentry's Person Most Knowledgeable for topics on which Sentry has
24  designated Gary Hoffman may be re-scheduled to November 10, 2009,
25  due to family commitments of Mr. Hoffman;

26      WHEREAS the majority of the depositions taken and scheduled

27

28  ---
[1] Sentry reserves the right to object to some of these scheduled depositions on various grounds.

2

**STIPULATION AND ORDER RE: PRE-TRIAL SCHEDULING CHANGES – 1:08-CV-1539-LJO-GSA**

177060.1  138.24037

1  must occur in either Wisconsin or Massachusetts;

2      IT IS HEREBY STIPULATED AND AGREED that the current

3  Scheduling Order entered June 17, 2009, may be modified as

4  follows:

5      1.    The last day for the parties to serve initial

6          expert witness disclosures is continued from

7          November 11, 2009 to **December 11, 2009**.

8      2.    The last day for the parties to serve supplemental

9          expert witness disclosures is continued from

10         November 25, 2009 to **December 24, 2009**.

11     3.    The last day for the parties to complete nonexpert

12         discovery is continued from December 7, 2009 to

13         **January 7, 2009**.

14 ///
15 ///
16 ///
17 ///
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28

3

**STIPULATION AND ORDER RE: PRE-TRIAL SCHEDULING CHANGES – 1:08-CV-1539-LJO-GSA**

177060.1  138.24037

The remainder of the Court's renewed scheduling order shall remain in effect.

DATED: August 20, 2009

        By: /S/ ANNETTE BALLATORE-WILLIAMSON
           ANNETTE BALLATORE-WILLIAMSON (SBN 192176)

           Attorney for Plaintiff
           LEXINGTON INSURANCE COMPANY

DATED: August 20, 2009

        By: /S/ LINDA WENDELL HSU
           LINDA WENDELL HSU (SBN 162971)
           P. BETTY SU (SBN 229103)

           Attorneys for Defendant
           SENTRY SELECT INSURANCE COMPANY

**ORDER**

Based upon said stipulation between the parties who have appeared in this matter and good cause appearing, **IT IS SO ORDERED,**

DATED:

August 21, 2009        By:  /s/ Gary S. Austin
                                   Honorable Gary S. Austin
                                   United States Magistrate Judge