James P. Wagoner, # 058553
Annette A. Ballatore-Williamson, # 192176
McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
P.O. Box 28912
5 River Park Place East
Fresno, CA  93720-1501
Telephone:   (559) 433-1300
Facsimile:    (559) 433-2300

(SPACE BELOW FOR FILING STAMP ONLY)

Attorneys for Plaintiff
LEXINGTON INSURANCE COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEXINGTON INSURANCE COMPANY, a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>SENTRY SELECT INSURANCE COMPANY, an Illinois Corporation,<br><br>Defendant. | Case No.  1:08-cv-01539-LJO-GSA<br><br>**STIPULATION AND ORDER REGARDING CONTINUANCE OF HEARING ON LEXINGTON'S MOTION FOR PROTECTIVE ORDER** |

PURSUANT TO LOCAL RULES 78-230(g) OF THE UNITED STATES DISTRICT COURT EASTERN DISTRICT OF CALIFORNIA, IT IS HEREBY STIPULATED by and between Defendant SENTRY SELECT INSURANCE COMPANY and PLAINTIFF LEXINGTON INSURANCE COMPANY in this action, through their respective attorneys, that the hearing on Plaintiff's Motion for Protective Order, currently scheduled for Friday, September 4, 2009, at 9:30 a.m. before Magistrate Judge Gary S. Austin, may be continued to Friday, September 11, 2009, at 9:30 a.m. before Magistrate Judge Gary S. Austin, and that filing deadline for the Joint Statement Regarding Discovery Disagreement to be filed in connection with said motion may be filed no later than Tuesday, September 8, 2009.

The parties hereby stipulate that the reason for this request is as follows:

1. The parties have been diligently and cooperatively working on preparing the Joint

Statement Regarding Discovery, and desire to have additional time to respond in writing to the other's arguments.

2. In addition, on Tuesday, September 01, 2009, the law firm of McCormick, Barstow, Shepard, Wayte & Carruth experienced a technical hardware failure in connection with its internal computer systems. Among the difficulties resulting from this hardware failure is, as of the filing of this Stipulation, the inability to scan and prepare as .pdf attachments evidence or other documents which may be attached as exhibits to an electronically-filed document. Counsel for Lexington is responsible for filing the Joint Statement pursuant to Local Rule 37-251(c), and the Joint Statement being prepared by the parties contemplates the filing of exhibits which must be scanned and prepared as .pdf attachments. Accordingly, counsel agree that the filing of the Joint Statement on its due date of today, September 1, 2009, presents an unexpected hardship which can be alleviated simply by continuing the hearing on the Motion for one week.

Dated: September 1, 2009

McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP

By: /s/ Annette A. Ballatore-Williamson
James P. Wagoner
Annette A. Ballatore-Williamson
Attorneys for Plaintiff
LEXINGTON INSURANCE COMPANY

Dated: September 1, 2009

SELMAN BREITMAN, LLP

By: /s/ Linda Wendell Hsu
Linda Wendell Hsu
P. Betty Su
Attorneys for Defendant
SENTRY SELECT INSURANCE COMPANY

## **ORDER**

Based upon said stipulation between the parties who have appeared in this matter and good cause appearing, **IT IS ORDERED** that the hearing on Lexington's Motion for Protective Order is continued to **Friday, September 18, 2009, at 9:30 a.m.**, and that the deadline for filing the Joint Statement Re Discovery Disagreement pursuant to Local Rule 37-251(c) is extended to Friday, September 11, 2009.

DATED:  September 1, 2009                 /s/ Gary S. Austin
                                                          Magistrate Judge Gary S. Austin

03674/01868-1442892.v1

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
5 River Park Place East
Fresno, CA 93720-1501

3

STIPULATION REGARDING CONTINUANCE OF HEARING ON LEXINGTON'S MOTION FOR PROTECTIVE ORDER 1:08-CV-01539-LJO-GSA