LINDA WENDELL HSU (SBN 162971)
VANESSA LYNN O'BRIEN (SBN 225699)
SELMAN BREITMAN LLP
33 New Montgomery, Sixth Floor
San Francisco, CA  94105
Telephone: (415) 979-0400
Facsimile: (415) 979-2099
Email    : lhsu@selmanbreitman.com
         : vobrien@selmanbreitman.com

Attorneys for Defendant
SENTRY SELECT INSURANCE COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEXINGTON INSURANCE COMPANY, a Delaware Corporation,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SENTRY SELECT INSURANCE COMPANY, an Illinois Corporation,<br><br>　　　　Defendant. | CASE NO. 1:08-CV-1539-LJO-GSA<br><br>**STIPULATION AND ORDER TO CONTINUE HEARING ON SENTRY'S MOTION FOR PROTECTIVE ORDER**<br><br>**Magistrate Judge:**<br>**Hon. Gary S. Austin** |

　　PURSUANT TO LOCAL RULES 78-230(g) and 83-143 OF THE UNITED STATES DISTRICT COURT EASTERN DISTRICT OF CALIFORNIA, IT IS HEREBY STIPULATED by and between DEFENDANT SENTRY SELECT INSURANCE COMPANY and PLAINTIFF LEXINGTON INSURANCE COMPANY in this action, through their respective attorneys, that the hearing on Defendant's Motion for Protective Order, currently scheduled for Friday, October 9, 2009, at 9:30 a.m. before Magistrate Judge

1

**STIPULATION AND [PROPOSED] ORDER RE: MOTION FOR PROTECTIVE ORDER – 1:08-CV-1539-LJO-GSA**

Gary S. Austin, may be continued to Friday, December 4, 2009, at 9:30 a.m. before Magistrate Judge Gary S. Austin, and that the Joint Statement Regarding Discovery Disagreement to be filed in connection with said motion must be filed no later than Tuesday, December 1, 2009.

The parties hereby stipulate that the reason for this request is as follows:

1. The parties would like additional time to further meet and confer with respect to the discovery disagreement in the hopes that the disagreement may be resolved informally and without the need for court intervention.

2. Should the parties' additional meet and confer efforts fail, the parties have been diligently and cooperatively working on preparing the Joint Statement Regarding Discovery Disagreement, and desire to have additional time to respond in writing to the other's arguments.

DATED: October 6, 2009

    By: /s/ Annette Ballatore-Williamson
       ANNETTE BALLATORE-WILLIAMSON
       (SBN 192176)

       Attorney for Plaintiff
       LEXINGTON INSURANCE COMPANY

DATED: October 6, 2009

    By: /s/ Vanessa Lynn O'Brien
       LINDA WENDELL HSU (SBN 162971)
       VANESSA LYNN O'BRIEN (SBN 225699)

       Attorneys for Defendant
       SENTRY SELECT INSURANCE COMPANY

2

**STIPULATION AND [PROPOSED] ORDER RE: MOTION FOR PROTECTIVE ORDER – 1:08-CV-1539-LJO-GSA**

179923.1 138.24037

**ORDER**

Upon a review of the stipulation between the parties who have appeared in this matter, and good cause appearing, the stipulation is adopted by the Court in part. Given the parties' request for additional time to meet and confer, the hearing set for October 9, 2009 at 9:30am regarding Defendant's Motion for a Protective Order is VACATED. The parties are advised that in the event that the Defendant places the motion back on the calendar for December 4, 2009, the Joint Statement Regarding Discovery Disputes shall be filed no later than **November 23, 2009.**

DATED:

October 6, 2009              By:    /s/ Gary S. Austin
                                    Hon. Gary S. Austin
                                    United States Magistrate Judge