James P. Wagoner, # 058553
Annette A. Ballatore-Williamson, # 192176
McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
P.O. Box 28912
5 River Park Place East
Fresno, CA  93720-1501
Telephone:    (559) 433-1300
Facsimile:    (559) 433-2300

(SPACE BELOW FOR FILING STAMP ONLY)

Attorneys for Plaintiff
LEXINGTON INSURANCE COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEXINGTON INSURANCE COMPANY, a Delaware Corporation,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>SENTRY SELECT INSURANCE COMPANY, an Illinois Corporation,<br><br>　　　　　Defendant. | Case No.  1:08-cv-01539-LJO-GSA<br><br>**STIPULATION AND ORDER TO MODIFY SCHEDULING ORDER** |

Pursuant to Local Rules 6-144(a) and 83-143 of THE UNITED STATES DISTRICT COURT EASTERN DISTRICT OF CALIFORNIA, and good cause showing due to the change in scheduling of several depositions, disposition of recent orders affecting discovery, and in order to allow for orders on pending motions, IT IS HEREBY STIPULATED by and between Defendant SENTRY SELECT INSURANCE COMPANY ("SENTRY") and PLAINTIFF LEXINGTON INSURANCE COMPANY ("LEXINGTON") in this action, through their respective attorneys, as follows:

　　　　WHEREAS an order was issued on LEXINGTON'S MOTION FOR PROTECTIVE ORDER on October 29, 2009, which limited the scope of depositions to be taken of LEXINGTON personnel in Boston, MA and in Los Angeles.  Although these depositions were scheduled to occur on October 7 and 8, 2009 and September 24, 2009, respectively, the parties

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
5 River Park Place East
Fresno, CA 93720-1501

STIPULATION AND ORDER TO MODIFY SCHEDULING ORDER
1:08-CV-01539-LJO-GSA

1  agreed that the scope of the depositions were contingent upon the Court's ruling on Lexington's
2  Motion for Protective Order, and thus were postponed under issuance of the Court's ruling;

3  WHEREAS SENTRY intends to file a MOTION FOR RECONSIDERATION of this
4  order by on or about November 12, 2009 and the taking of depositions will be affected by that
5  Motion's outcome,

6  WHEREAS the parties anticipate scheduling the depositions of LEXINGTON'S Persons
7  Most Knowledgeable, as well as individual depositions of Lexington employees Andrea
8  Palmstrom, Donna Doyle, and Sarah Preston to occur in Boston, and Althea Garvey to occur in
9  Los Angeles for dates in January of 2010 to be determined;

10  WHEREAS Lexington intends to notice and take the depositions of seven individual
11  employees or former employees of Sentry to occur in Wisconsin.  Pursuant to meet and confer
12  efforts between Sentry's counsel and Lexington's counsel, Lexington has agreed to postpone
13  taking these depositions until after Sentry has had the opportunity to depose Lexington's
14  personnel.  In addition, Sentry objects to the taking of these depositions, and Lexington and
15  Sentry are currently engaged in meet and confer communications which, if unsuccessful, may
16  result in Sentry pursuing a protective order;

17  WHEREAS Lexington anticipates the need to seek leave of Court to exceed the ten
18  deposition limit imposed by FRCP Rule 30 if the parties' meet and confer efforts are
19  unsuccessful;

20  WHEREAS the parties have, to date, completed or are in the process of completing the
21  following written discovery:  Plaintiff's Initial Disclosures and Defendant's Initial Disclosures
22  (February 2, 2009), Defendant's Amended Initial Disclosures (March 26, 2009), Lexington's
23  Responses to Request for Production of Documents, Set One (April 6, 2009), Sentry's Responses
24  to Special Interrogatories, Set One (June 22, 2009), Sentry's Responses to Plaintiff's Request for
25  Admissions, Set One (June 22, 2009), Sentry's Response to Plaintiff's Request for Production of
26  Documents, Set One (July 13, 2009), Sentry's Response to Special Interrogatories, Set Two
27  (August 3, 2009), Lexington's Response to Request for Production of Documents, Set Two
28  (August 17, 2009), Lexington's Response to Requests for Admissions, Set One (August 17,

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
5 River Park Place East
Fresno, CA 93720-1501

2
STIPULATION AND ORDER TO MODIFY SCHEDULING ORDER
1:08-CV-01539-LJO-GSA

2009), Lexington's Response to Special Interrogatories, Set One (August 21, 2009), Sentry's Response to Request for Production of Documents, Set Two (September 30, 2009).

WHEREAS Lexington has completed or is in the process of completing the following depositions: Jim Greaney (in San Bernardino, CA on June 17, 2009), Sonny Woodall (in San Bernardino, CA on June 17, 2009), Sentry's Persons Most Knowledgeable [consisting of Gary Hoffman (in Wisconsin on June 19, 2009 (unfinished)), Jonathan Gause (in Wisconsin on June 18, 2009, and August 26, 2009) Dan Jurgella (August 26 and 27, 2009) and R. Bruce Salley (in Los Angeles on September 18, 2009 (unfinished)] and Larry Harlow (August 27, 2009 (unfinished).)

IT IS HEREBY STIPULATED AND AGREED that the current Scheduling Order entered June 17, 2009, may be modified as follows:

1. The last day for the parties to serve initial expert witness disclosures may be continued from December 11, 2009 to **February 11, 2010.**
2. The last day for the parties to serve supplemental expert witness disclosures may be continued from December 24, 2009 to **February 24, 2010.**
3. The last day for the parties to complete non-expert discovery may be continued from January 7, 2009 to **April 7, 2010.**
4. The last day for the parties to complete expert discovery may be continued from March 12, 2010 to **April 16, 2010.**
5. The Pretrial Motion Filing Deadline may be continued from February 17, 2010, to **April 9, 2010.**
6. The Pretrial Motion Hearing Deadline may be continued from March 26, 2010 to **May 14, 2010.**
7. The pre-trial conference currently scheduled for April 28, 2010 may be continued to **July 14, 2010**.
8. The Trial in this matter currently schedule for July 6, 2010, may be continued to **September 7, 2010**.

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
5 RIVER PARK PLACE EAST
FRESNO, CA 93720-1501

3
STIPULATION AND ORDER TO MODIFY SCHEDULING ORDER
1:08-CV-01539-LJO-GSA

| | | |
|---|---|---|
| 1 | Dated: November 10, 2009 | McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP |
| 2 | | |
| 3 | | |
| 4 | | By: ___/s/ Annette A. Ballatore-Williamson___<br>James P. Wagoner<br>Annette A. Ballatore-Williamson |
| 5 | | Attorneys for Plaintiff<br>LEXINGTON INSURANCE COMPANY |
| 6 | | |
| 7 | Dated: November 10, 2009 | SELMAN BREITMAN, LLP |
| 8 | | |
| 9 | | By: ___/s/ Linda Wendell Hsu___<br>Linda Wendell Hsu<br>Vanessa L. O'Brien |
| 10 | | Attorneys for Defendant<br>SENTRY SELECT INSURANCE COMPANY |

## ORDER

1. The last day for the parties to serve initial expert witness disclosures is continued from December 11, 2009 to **February 11, 2010.**

2. The last day for the parties to serve supplemental expert witness disclosures is continued from December 24, 2009 to **February 24, 2010.**

3. The last day for the parties to complete non-expert discovery is continued from January 7, 2009 to **April 7, 2010.**

4. The last day for the parties to complete expert discovery is continued from March 12, 2010 to **April 16, 2010.**

5. The Pretrial Motion Filing Deadline is continued from February 17, 2010, to **April 9, 2010.**

6. The Pretrial Motion Hearing Deadline is continued from March 26, 2010 to **May 13, 2010.** The parties are advised that this date is different from the one proposed.

7. The pre-trial conference currently scheduled for April 28, 2010 is continued to **July 14, 2010 at 8:30 before LJO.**

8. The Trial in this matter currently schedule for July 6, 2010, is continued to **September 7, 2010 at 8:30 before LJO**.

IT IS SO ORDERED

Dated:  November 17, 2009            /s/ Gary S. Austin
                                     The Honorable Gary S. Austin
                                     United States Magistrate Judge

03674/01868-1474900.v1