LINDA WENDELL HSU (SBN 162971)
VANESSA LYNN O'BRIEN (SBN 225699)
SELMAN BREITMAN LLP
33 New Montgomery, Sixth Floor
San Francisco, CA  94105
Telephone: (415) 979-0400
Facsimile: (415) 979-2099
Email    : lhsu@selmanbreitman.com
         : vobrien@selmanbreitman.com

Attorneys for Defendant
SENTRY SELECT INSURANCE COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEXINGTON INSURANCE COMPANY, a Delaware Corporation,<br><br>           Plaintiff,<br><br>     v.<br><br>SENTRY SELECT INSURANCE COMPANY, an Illinois Corporation,<br><br>           Defendant. | CASE NO. 1:08-CV-1539-LJO-GSA<br><br>**STIPULATION AND ORDER TO CONTINUE MANDATORY SETTLEMENT CONFERENCE**<br><br>**Magistrate Judge:**<br>**Hon. Gary S. Austin** |

PURSUANT TO LOCAL RULES 16-270 and 83-143 OF THE UNITED STATES DISTRICT COURT EASTERN DISTRICT OF CALIFORNIA, IT IS HEREBY STIPULATED by and between DEFENDANT SENTRY SELECT INSURANCE COMPANY and PLAINTIFF LEXINGTON INSURANCE COMPANY in this action, through their respective attorneys, that the Mandatory Settlement Conference, currently scheduled for Tuesday, January 12, 2010, at 10:30 a.m. before Magistrate Judge Gary S. Austin, may be continued to Tuesday, March 30, 2010, at 10:30 a.m. before Magistrate Judge Gary S. Austin, and that the

1
**STIPULATION AND ORDER RE: MANDATORY SETTLEMENT CONFERENCE – 1:08-CV-1539-LJO-GSA**

184792.1 138.24037

1  Settlement Conference Statements to be filed in connection with
2  said conference must be filed no later than Tuesday, March 23,
3  2010.
4  DATED: December 30, 2009

5              By: /s/ Annette Ballatore-Williamson
6                  ANNETTE BALLATORE-WILLIAMSON
                   (SBN 192176)
7                  Attorney for Plaintiff
                   LEXINGTON INSURANCE COMPANY
8  DATED: December 30, 2009

9              By: /s/ Vanessa Lynn O'Brien
10                 LINDA WENDELL HSU (SBN 162971)
                   VANESSA LYNN O'BRIEN (SBN 225699)
11
12                 Attorneys for Defendant
                   SENTRY SELECT INSURANCE COMPANY
13

14                          **ORDER**
15     Based upon said stipulation between the parties who have
16  appeared in this matter and good cause appearing,
17     **IT IS SO ORDERED.**
18  DATED: December 30, 2009
19
20             By:    /s/ Gary S. Austin
                   Hon. Gary S. Austin
                   Magistrate Judge of the Eastern
21                 District of California

2

**STIPULATION AND ORDER RE: MANDATORY SETTLEMENT CONFERENCE – 1:08-CV-1539-LJO-GSA**

184792.1 138.24037