LINDA WENDELL HSU (SBN 162971)
VANESSA LYNN O'BRIEN (SBN 225699)
SELMAN BREITMAN LLP
33 New Montgomery, Sixth Floor
San Francisco, CA  94105
Telephone: (415) 979-0400
Facsimile: (415) 979-2099
Email    : lhsu@selmanbreitman.com
         : vobrien@selmanbreitman.com

Attorneys for Defendant
SENTRY SELECT INSURANCE COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEXINGTON INSURANCE COMPANY, a Delaware Corporation,<br><br>    Plaintiff,<br><br>  v.<br><br>SENTRY SELECT INSURANCE COMPANY, an Illinois Corporation,<br><br>    Defendant. | CASE NO. 1:08-CV-1539-LJO-GSA<br><br>**STIPULATION AND ORDER TO CONTINUE PRE-TRIAL AND TRIAL DATES**<br><br>**JUDGE: Hon. Lawrence J. O'Neill** |

PURSUANT TO LOCAL RULES 6-144(a) and 83-143 OF THE UNITED STATES DISTRICT COURT EASTERN DISTRICT OF CALIFORNIA, and good cause showing due to the parties' desire to avoid unnecessary expert expenses by prematurely disclosing expert witnesses, and due to personal scheduling conflicts involving Sentry's expert witness, **IT IS HEREBY STIPULATED** by and between DEFENDANT SENTRY SELECT INSURANCE COMPANY and PLAINTIFF LEXINGTON INSURANCE COMPANY in this action, through their respective attorneys, as follows:

WHEREAS the parties have scheduled depositions in February

1
**STIPULATION AND [PROPOSED] ORDER TO CONTINUE PRE-TRIAL, TRIAL DATES – 1:08-CV-1539-LJO-GSA**

and March 2009 and are attempting to meet and confer with respect to written discovery responses, including Sentry's responses to Lexington's Special Interrogatories, Sets One and Two, and Sentry's responses to Lexington's Requests for Production of Documents, Set One, and whereas completion of the above and additional discovery may very well result in the amendment of the experts' reports and/or may necessitate the disclosure of additional experts by either side;

WHEREAS on January 13, 2010, Sentry filed a petition for writ of mandamus with the United States Court of Appeals, Ninth Circuit regarding this Court's ruling on Lexington's motion for protective order.  To date, Sentry has not received a ruling on the petition for writ of mandamus.  Should the Ninth Circuit decide to consider Sentry's writ, the court will likely require additional briefing by both parties.  In addition, if the writ is granted, the scope of discovery will be broadened, which may affect the testimony of the experts and the substance of the expert reports.  As such, it may be premature to depose the experts before the Ninth Circuit issues a ruling on the writ;

WHEREAS the parties have had several discussions regarding various options involving the possibility of having a court trial and streamlining the trial process, in order to reduce the costs that will be incurred by both sides.  These discussions consist of limiting the depositions taken by both sides, and conducting an abbreviated court trial with limited live witnesses and one expert witness per side.  Discussions are continuing and no agreement has been reached between the parties.  Therefore,

continuing the deadline to serve initial and supplemental expert disclosures until such time as a mutual agreement has been reached on this subject will benefit Lexington and Sentry;

WHEREAS Sentry recently learned that its retained expert (who was retained some time ago) is involved in a multi-million dollar lawsuit venued in southern California, which has occupied much of his time and attention. A trial date will be set in that other action to begin within the next 60 days, the parties are expending significant efforts to establish a Trial Plan, and various depositions are scheduled in February and March 2010. In addition, one of the expert's colleagues has recently become gravely ill, which has further limited the expert's current resources and availability. Moreover, the expert is currently teaching a course at an out-of-state law school, which is scheduled to continue until approximately June 2010. Sentry's expert has stated that his schedule will slow down considerably by June, 2010 and he will have much more flexibility with respect to his ability to prepare for deposition and trial at that time. Sentry retained this expert several months ago, and the expert has already begun review of documents relevant to the matter before this Court. Accordingly, Sentry requests that the dates to serve expert disclosures and expert reports be continued in order to accommodate Sentry's expert;

IT IS HEREBY STIPULATED AND AGREED that the current Scheduling Order entered November 17, 2009, may be modified as follows:

1. The last day for the parties to serve initial expert

3

**STIPULATION AND [PROPOSED] ORDER TO CONTINUE PRE-TRIAL, TRIAL DATES – 1:08-CV-1539-LJO-GSA**

witness disclosures may be continued from **February 11, 2010 to June 11, 2010.**

2. The last day for the parties to serve supplemental expert witness disclosures may be continued from **February 24, 2010 to June 24, 2010.**

3. The last day for the parties to complete non-expert discovery may be continued from **April 7, 2010 to June 7, 2010.**

4. The last day for the parties to complete expert discovery may be continued from **April 16, 2010 to July 16, 2010.**

5. The Pretrial Motion Filing Deadline may be continued from **April 9, 2010 to July 1, 2010.**

6. The Pretrial Motion Hearing Deadline may be continued from **May 13, 2010 to August 4, 2010.**

7. The pre-trial conference currently scheduled for **July 14, 2010** may be continued to **October 4, 2010.**

8. The Trial in this matter currently scheduled for **September 7, 2010** may be continued to **November 16, 2010.**

DATED: February 9, 2010

By: /s/ Annette Ballatore-Williamson
ANNETTE BALLATORE-WILLIAMSON (SBN 192176)

Attorney for Plaintiff
LEXINGTON INSURANCE COMPANY

4
**STIPULATION AND [PROPOSED] ORDER TO CONTINUE PRE-TRIAL, TRIAL DATES – 1:08-CV-1539-LJO-GSA**

187453.1 138.24037

DATED: February 9, 2010

By: /s/ Vanessa Lynn O'Brien
LINDA WENDELL HSU (SBN 162971)
VANESSA LYNN O'BRIEN (SBN 225699)

Attorneys for Defendant
SENTRY SELECT INSURANCE COMPANY

**ORDER**

1. The last day for the parties to serve initial expert witness disclosures is continued from February 11, 2010 to **June 11, 2010.**

2. The last day for the parties to serve supplemental expert witness disclosures is continued from February 24, 2010 to **June 24, 2010.**

3. The last day for the parties to complete non-expert discovery is continued from April 7, 2010 to **June 7, 2010.**

4. The last day for the parties to complete expert discovery is continued from April 16, 2010 to **July 16, 2010.**

5. The Pretrial Motion Filing Deadline is continued from April 9, 2010, to **July 1, 2010.**

6. The Pretrial Motion Hearing Deadline is continued from May 13, 2010 to **August 4, 2010.**

7. The pre-trial conference currently scheduled for July 14, 2010 is continued to **October 4, 2010**.

8. The Trial in this matter currently schedule for September 7, 2010, is continued to **November 15, 2010**.

The parties' attention is directed to the date proposed for trial. Judge O'Neill commences trials, be it a bench trial or

5

**STIPULATION AND [PROPOSED] ORDER TO CONTINUE PRE-TRIAL, TRIAL DATES – 1:08-CV-1539-LJO-GSA**

187453.1 138.24037

jury trial, on Mondays at 8:30 a.m.  Thus, the proposed date of Tuesday, November 16, 2010, could *not* be accommodated.

Lastly, this Court notes the aforementioned stipulation represents the third modification of the initial scheduling order dated February 18, 2009. The parties are cautioned that any further stipulation seeking modification of the scheduling order will be viewed with disfavor absent extraordinary circumstances.

IT IS SO ORDERED.

**Dated: February 9, 2010**            **/s/ Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE

6
**STIPULATION AND [PROPOSED] ORDER TO CONTINUE PRE-TRIAL, TRIAL DATES – 1:08-CV-1539-LJO-GSA**