James P. Wagoner, # 058553
Annette A. Ballatore-Williamson, # 192176
McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
P.O. Box 28912
5 River Park Place East
Fresno, CA  93720-1501
Telephone:    (559) 433-1300
Facsimile:    (559) 433-2300

(SPACE BELOW FOR FILING STAMP ONLY)

Attorneys for Plaintiff
LEXINGTON INSURANCE COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEXINGTON INSURANCE COMPANY, a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>SENTRY SELECT INSURANCE COMPANY, an Illinois Corporation,<br><br>Defendant. | Case No.  1:08-cv-01539-LJO-GSA<br><br>**STIPULATION AND ORDER TO CONTINUE MANDATORY SETTLEMENT CONFERENCE**<br><br>**Magistrate Judge Gary S. Austin** |

Pursuant to Local Rules 16-270 and 83-143 of the United States District Court, Eastern District of California, and this Court's Order of February 18, 2009, counsel for the parties herein have met and conferred and stipulate that they do not believe that the case is in a position to facilitate meaningful settlement discussions.  The parties are continuing to engage in discovery, including additional depositions which must be scheduled to take place in Wisconsin and Massachusetts.  The nonexpert discovery cut-off has been continued to June 7, 2010.  In addition, expert witness disclosures have been continued to June 11, 2010, the expert discovery cutoff continued to July 16, 2010, and the pretrial motion hearing deadline continued to August 4, 2010.  The parties do not anticipate being in a position to engage in a settlement conference, if at all, until discovery, including expert witness discovery, has closed, and any pretrial motions that may be filed have been heard and decided.

Therefore, the parties request that the Mandatory Settlement Conference, currently scheduled for March 30, 2010, be reset for any of the following dates in September 2010: September 13, 14, 15, 16, 17, 20 or 23.

Dated: March 23, 2010                           McCORMICK, BARSTOW, SHEPPARD,
                                                                      WAYTE & CARRUTH LLP


                                                By:     /s/ Annette A. Ballatore-Williamson
                                                              James P. Wagoner
                                                     Annette A. Ballatore-Williamson
                                                           Attorneys for Plaintiff
                                                     LEXINGTON INSURANCE COMPANY

Dated: March 23, 2010                                  SELMAN BREITMAN, LLP


                                                By:   /s/ Linda Wendell Hsu
                                                             Linda Wendell Hsu
                                                          Vanessa Lynn O'Brien
                                                          Attorneys for Defendant
                                                  SENTRY SELECT INSURANCE COMPANY


ORDER


Based upon said stipulation between the parties who have appeared in this matter and good cause appearing, IT IS ORDERED that the Mandatory Settlement Conference is continued to September 14, 2010, at 10:30 a.m. in Department 10.


Dated:    March 24, 2010         By:          /s/ Gary S. Austin
                                                   Honorable Gary S. Austin
                                       Magistrate Judge of the United States District Court,
                                                   Eastern District of California

03674/01868-1533060.v1

2
STIPULATION AND ORDER TO CONTINUE MANDATORY SETTLEMENT CONFERENCE
1:08-CV-01539-LJO-GSA

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
5 RIVER PARK PLACE EAST
FRESNO, CA 93720-1501