1

2

3

4

5

6

7

8

9

10

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

11   LEXINGTON INSURANCE COMPANY,        Case No.  1:08-cv-01539-LJO-SKO
a Delaware Corporation,

12                                        **ORDER ON LEXINGTON INSURANCE
                    Plaintiff,            COMPANY'S MOTION TO COMPEL**

13

14   v.                                   **Pre-Trial Conference:     October 4, 2010
                                          Trial:                      November 15, 2010**

15   SENTRY SELECT INSURANCE
     COMPANY, an Illinois Corporation,

16                   Defendant.

17

18          On June 4, 2010, at 9:30 a.m., Lexington's Motion to Compel was heard before the

19   Honorable Sheila K. Oberto.  Attorney Annette A. Ballatore-Williamson appeared and argued on

20   behalf of Plaintiff Lexington Insurance Company ("Lexington").  Attorney Vanessa L. O'Brien

21   appeared and argued on behalf of Defendant Sentry Select Insurance Company ("Sentry").  At the

22   Court's request, counsel for Lexington and Sentry met and conferred off the record regarding

23   their discovery dispute.  Ultimately, the parties were able to resolve some of their disputes with

24   regard to Lexington's Special Interrogatories, Set Two, Nos. 16-18 and Request for Production,

25   Set Two, Nos. 28-29.

26          Pursuant to the parties' agreement and for the reasons stated on the record, IT IS

27   HEREBY ORDERED THAT:

28          1.       No later than July 2, 2010, Defendant Sentry shall serve further responses to

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
5 RIVER PARK PLACE EAST
FRESNO, CA 93720-1501

ORDER ON LEXINGTON INSURANCE COMPANY'S MOTION TO COMPEL
1:08-CV-01539-LJO-SKO

1  Special Interrogatory No. 16, by stating the total number of third party claims handled by Sentry

2  between January 1, 2005, to January 1, 2008, in which Sentry has contributed to a settlement in a

3  wrongful death action filed in California on behalf of its insured pursuant to a commercial

4  automobile insurance policy.

5          2.       No later than July 2, 2010, Defendant Sentry shall serve further responses to

6  Special Interrogatory No. 17, by providing the Plaintiff's name, county of venue, and case

7  number for each third party claims handled by Sentry between January 1, 2005, to January 1,

8  2008, in which Sentry has contributed to a settlement in a wrongful death action filed in

9  California on behalf of its insured pursuant to a commercial automobile insurance policy.

10          3.       No later than July 2, 2010, Defendant Sentry shall provide further responses to

11  Special Interrogatory No. 18 by stating the amount Sentry contributed towards a settlement of a

12  third party claim in a wrongful death action filed in California between January 1, 2005, and

13  January 1, 2008, and handled by Sentry on behalf of its insured pursuant to a commercial

14  automobile insurance policy.  Sentry's response to Special Interrogatory No. 18 shall be further

15  limited to only those settlement amounts which have been disclosed in the public record.

16          4.       Pursuant to the parties' agreement, Sentry need not respond to Request for

17  Production No. 28.  Therefore, Lexington's Motion to Compel further responses to Request for

18  Production of Documents No. 28 is denied.

19          5.       No later than June 11, 2010, Defendant Sentry shall provide further responses to

20  Request for Production of Documents No. 29, by producing all documents including, but not

21  limited to, letters, reports or emails that Sentry sent to any reinsurer regarding the underlying

22  *Moran* Action.

23

24

25  IT IS SO ORDERED.

26  Dated:   **June 10, 2010**　　　　　　　　　　**/s/ Sheila K. Oberto**
                                                UNITED STATES MAGISTRATE JUDGE

27

28

MCCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
5 RIVER PARK PLACE EAST
FRESNO, CA 93720-1501

ORDER ON LEXINGTON INSURANCE COMPANY'S MOTION TO COMPEL
1:08-CV-01539-LJO-SKO