James P. Wagoner, # 058553  (SPACE BELOW FOR FILING STAMP ONLY)
Annette A. Ballatore-Williamson, # 192176
Amy K. Cobb, # 269523
McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
P.O. Box 28912
5 River Park Place East
Fresno, CA  93720-1501
Telephone:   (559) 433-1300
Facsimile:   (559) 433-2300

Attorneys for Plaintiff
LEXINGTON INSURANCE COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEXINGTON INSURANCE COMPANY, a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>SENTRY SELECT INSURANCE COMPANY, an Illinois Corporation,<br><br>Defendant. | Case No.  1:08-cv-01539-LJO-SKO<br><br>**STIPULATION AND ORDER REGARDING HEARING ON MOTION TO BIFURCATE** |

IT IS HEREBY STIPULATED by and between Defendant SENTRY SELECT INSURANCE COMPANY ("SENTRY") and PLAINTIFF LEXINGTON INSURANCE COMPANY ("LEXINGTON") in this action, through their respective attorneys, as follows:

1. Pursuant to the Court's Order of February 9, 2010, the Pretrial Motion Filing Deadline was scheduled for July 1, 2010, and the Pretrial Motion Hearing Deadline was scheduled for August 4, 2010.

2. On July 1, 2010, Lexington filed a Motion to Bifurcate.  Based upon the fact that Magistrate Judge Sheila K. Oberto hears motions on Fridays, only, and given that 28 days notice is required, the earliest hearing date upon which this motion could be heard was Friday, July 30, 2010.  However, due to unintentional error on Lexington's counsel's part, Lexington scheduled the Motion to Bifurcate for the hearing date of Friday, August 6, 2010.

3. On Friday, July 9, 2010, counsel for Lexington first realized that the hearing date scheduled for the motion was two days past the Scheduling Order hearing deadline of August 4, 2010. Therefore, on Monday, July 12, 2010, counsel for Lexington contacted counsel for Sentry to address this issue, the result of which is the instant stipulation.

IT IS THEREFORE STIPULATED AND AGREED as follows:

1. The hearing date on Lexington's Motion to Bifurcate may be advanced from August 6, 2010, to July 30, 2010, at 9:30 a.m. in Courtroom 8, before the Honorable Sheila K. Oberto.

2. Sentry may file its Opposition on or before July 23, 2010, the date it was otherwise due in relation to the original August 6, 2010 hearing date.

3. Lexington may file its Reply brief on or before July 27, 2010.

ALTERNATIVELY, the parties stipulate and agree that the Pretrial Hearing Deadline of August 4, 2010, may be modified for the limited purpose of allowing Lexington's Motion to Bifurcate to be heard on August 6, 2010, as originally noticed.

Dated: July 12, 2010                    McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP


By: /s/ Annette A. Ballatore-Williamson
James P. Wagoner
Annette A. Ballatore-Williamson
Attorneys for Plaintiff
LEXINGTON INSURANCE COMPANY

Dated: July 12, 2010                    SELMAN BREITMAN, LLP


By: /s/ Linda Wendell Hsu
Linda Wendell Hsu
Vanessa L. O'Brien
Attorneys for Defendant
SENTRY SELECT INSURANCE COMPANY

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
5 RIVER PARK PLACE EAST
FRESNO, CA 93720-1501

2
STIPULATION AND PROPOSED ORDER REGARDING HEARING ON MOTION TO BIFURCATE
1:08-CV-01539-LJO-SKO

ORDER

The Court will GRANT the parties' stipulated request to hear Lexington's Motion to Bifurcate on shortened notice, but orders a different briefing schedule. To provide the Court with adequate time to review the briefs, any reply brief filed on behalf of Lexington must be filed on or before **July 26, 2010, at 4:00 p.m.**

Accordingly, IT IS HEREBY ORDERED THAT:

1. Lexington's Motion to Bifurcate shall be heard on **July 30, 2010**, at 9:30 a.m. in Courtroom 8, before the Honorable Sheila K. Oberto;
2. Sentry may file its Opposition on or before **July 23, 2010**; and
3. Lexington may file its Reply brief on or before **July 26, 2010, at 4:00 p.m**.

IT IS SO ORDERED.

Dated:   **July 12, 2010**                              **/s/ Sheila K. Oberto**
                                                                     UNITED STATES MAGISTRATE JUDGE

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
5 RIVER PARK PLACE EAST
FRESNO, CA 93720-1501

3
STIPULATION AND PROPOSED ORDER REGARDING HEARING ON MOTION TO BIFURCATE
1:08-CV-01539-LJO-SKO