UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEXINGTON INSURANCE CO., | CASE NO. CV F 08-1539 LJO SKO |
| Plaintiff, | **ORDER AFTER SETTLEMENT** |
| vs. | |
| SENTRY SELECT INSURANCE CO., | |
| Defendant. | |

The parties' counsel placed settlement terms on the record. Pursuant to this Court's Local Rule 160, this Court ORDERS the parties, no later than November 5, 2010, to file papers to dismiss this action in its entirety, or to show cause why settlement has not been completed to permit dismissal of this action.

This Court VACATES all court dates and pending matters, including the November 15, 2010 trial.

Failure to comply with this order may be grounds for the imposition of sanctions on any and all counsel or parties who contributed to the violation of this order. *See* Local Rule 160 and 272.

IT IS SO ORDERED.

**Dated:   October 4, 2010**          /s/ Lawrence J. O'Neill
                                                   UNITED STATES DISTRICT JUDGE